# AMERICA 2030 CAPITAL LIMITED
## Investment Banking/Stock Loans

America 2030 is an international boutique investment banking firm with emphasis on Mergers & Acquisitions and Securities Lending as well as other types of financial debt and structured financing solutions for public companies and their shareholders. The firm engages yearly in hundreds of millions (USD) in securitized bespoke financing.

| From: **Adrian Daniel** | | To: **Bilqis Alsharhan** | | Monday, May 21, 2018, 8:53 AM |

Good Day Mr Alsharhan,

Thank you for your enquiry and for contacting Daniel Brantley.

Once you incorporate a Nevis International Business Corporation (IBC) the governing legislation does not permit the IBC to conduct business within the island of Nevis therefore a license is not required. The company can conduct any lawful business outside of Nevis.

If you require us to form an IBC please do let me know and I will forward the cost and all necessary information required to incorporate in Nevis.

I look forward to hearing form you.

Kind regards,
ADRIAN S. DANIEL C.Dir
**Associate**



Juris Building | Main Street | Charlestown | NEVIS | West Indies
T: 1 869 469 5259 Ext 230 | M: 1 869 662 2351 |  F:  1 869 469 1162
adrian.daniel@danielbrantley.com | www.danielbrantley.com

Please consider the environment before printing this email.

The contents of this e-mail (including any attachments) are confidential and may be legally privileged. If you have received this email in error, you are on notice of its status. If you are not the intended recipient of this e-mail, any disclosure, copying,

distribution or use of its contents is strictly prohibited and will be a breach of confidence. Please notify us immediately by reply email and then delete this message (including any attachments) from your system. Notice: the firm does not accept service by e-mail of court proceedings, other processes or formal notices of any kind without specific prior written agreement.

Thank you for your co-operation.

> From: **Dia Forrester**     To: **Bilqis Alsharhan** |   ▮▮▮▮▮▮▮▮▮▮     Sunday, May 20, 2018, 9:44 AM
>
> Dear Bilqis Alsharhan,
>
> Thank you for your email dated 18th May 2018. I have copied my colleague Adrian Daniel and asked him to assist with your query.
>
> Regards,
> Dia Forrester Gellineau
> Daniel Brantley
> Attorneys-at-law
> Nevis
> 1-869-469-5259 (o)
> 1-869-662-2350 (c)
> www.danielbrantley.com
>
>> From: **Bilqis Alsharhan** | ba@america2030.com     Friday, May 18, 2018, 10:35 AM
>>
>> Dear Sir/Madam,
>>
>> We are a financial intermediary interested in incorporating in Nevis. Do we need a lender's license if we lend exclusively to high net worth individuals and companies?
>>
>> Regards,
>>
>> Bilqis Alsharhan
>> Corporate Counsel
>> America 2030 Capital, LLC
>> +1 (404) 426-0898
>> Email: ba@america2030.com
>> Skype: bilqis.alsharhan
>> LinkedIn:https://www.linkedin.com/in/bilqis-alsharhan-4a615a14a

financing.

| From: **America** | ▮▮▮▮▮▮▮▮▮▮▮ | To: **Adrian Daniel** | ▮▮▮▮▮▮▮▮▮▮▮ | Monday, May 21, 2018, 2:50 AM |

Hello,

Yes please indicate cost to form an IBC in Nevis, single director and single shareholder.

As to license, although we have no intention of conducting any business on the island, we would still like to have a money lenders license or securities margin lending license.

Please advise.

Thank you

Regards,

Val Sklarov
President and CEO
America2030.net
Email: ▮▮▮▮▮▮▮▮▮▮▮
Skype: ▮▮▮▮▮▮▮
LinkedIn: linkedin.com/in/val-sklarov-1a4a3166
USA, Europe, Middle East, Asia.

America2030 is an international boutique M&A and Securities Lending Firm transacting in various types of securitized loans and other types of financial debt & equity transactions.

| From: **Adrian Daniel** | ▮▮▮▮▮▮▮▮▮▮▮ | Monday, May 21, 2018, 12:53 AM |

Good Day Mr Alsharhan,

Thank you for your enquiry and for contacting Daniel Brantley.

Once you incorporate a Nevis International Business Corporation (IBC) the governing legislation does not permit the IBC to conduct business within the island of Nevis therefore a license is not required. The company can conduct any lawful business outside of Nevis.

If you require us to form an IBC please do let me know and I will forward the cost and all necessary information required to incorporate in Nevis.

I look forward to hearing form you.

Kind regards,

ADRIAN S. DANIEL C.Dir
**Associate**
<mime-attachment.gif>
Juris Building | Main Street | Charlestown | NEVIS | West Indies
T: 1 869 469 5259 Ext 230 | M: 1 869 662 2351 |  F:  1 869 469 1162
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | www.danielbrantley.com

Please consider the environment before printing this email.


The contents of this e-mail (including any attachments) are confidential and may be legally privileged. If you have received this email in error, you are on notice of its status. If you are not the intended recipient of this e-mail, any disclosure, copying, distribution or use of its contents is strictly prohibited and will be a breach of confidence. Please notify us immediately by reply email and then delete this message (including any attachments) from your system. Notice: the firm does not accept service by e-mail of court proceedings, other processes or formal notices of any kind without specific prior written agreement.

Thank you for your co-operation.

> From: **Dia Forrester**    To: **Bilqis Alsharhan |** ▮▮▮▮▮▮▮▮▮▮▮▮    Sunday, May 20, 2018, 9:44 AM
>
> Dear Bilqis Alsharhan,
>
> Thank you for your email dated 18th May 2018. I have copied my colleague Adrian Daniel and asked him to assist with your query.
>
> Regards,
> Dia Forrester Gellineau
> Daniel Brantley
> Attorneys-at-law
> Nevis
> 1-869-469-5259 (o)
> 1-869-662-2350 (c)
> www.danielbrantley.com
>
>> From: **Bilqis Alsharhan |** ▮▮▮▮▮▮▮▮▮▮▮▮    Friday, May 18, 2018, 10:35 AM
>>
>> Dear Sir/Madam,
>>
>> We are a financial intermediary interested in incorporating in Nevis. Do we need a lender's license if we lend exclusively to high net worth individuals and companies?
>>
>> Regards,

Bilqis Alsharhan

Corporate Counsel

America 2030 Capital, LLC

+1 (404) 426-0898

█████████████████████

███████████████

LinkedIn:https://www.linkedin.com/in/bilqis-alsharhan-4a615a14a

Securities Lending as well as other types of financial debt and structured financing solutions for public companies and their shareholders. The firm engages yearly in hundreds of millions (USD) in securitized bespoke financing.

| From: **Adrian Daniel** \| Adrian | To: **America 2030, LLC** \| | Tuesday, May 22, 2018, 8:11 PM |
|---|---|---|

Good Day Mr Alsharhan,

I have attached our questionnaire to be completed and returned. I have also attached client identification form for completion and to also be returned. We will perform our due diligence checks and confirm that we can assist once I receive the ultimate beneficial owner(please include name, address and copy of passport information page). I have also included our bank wiring instructions for ease of reference once we are able to act.

Please note that in addition to the completed questionnaire and customer identification form we require the following documents and information:

1. Choice of company name; (Please provide additional names in the event that the first choice is unavailable)
2. Completed questionnaire for setting up an IBC (attached);
3. Certified copies of two forms of identification (usually passport information page and drivers licenses);
4. Certified two utility bills to establish residency;
5. A Bank reference: (template attached to questionnaire); and
6. Professional reference letter (template attached to questionnaire).

Fees associated with incorporation of an IBC are as follows:

| | |
|---|---|
| Legal Fees for the incorporation of an IBC | US$1,000.00 |
| Government fee to register the IBC | US$250.00 |
| By-Laws of corporation | US$500.00 |
| Certificate of Incorporation | US$10.00 |
| Courier charges | US$45.00 |
| Total | **US$1,805.00** |

In relation ot the license I would suggest that whatever jurisdiction the company will be conducting its business that a license be obtained form that jurisdiction. IBCs are not granted licenses to conduct business as there is no need to so by a government enitity in this jurisdiction as they are forbidden to conduct business with the island.

I hope the above information was helpful and I look forward to eharing from you.

Kind regards,
ADRIAN S. DANIEL C.Dir
**Associate**

# AMERICA 2030 CAPITAL LIMITED
## Investment Banking/Stock Loans

America 2030 is an international boutique investment banking firm with emphasis on Mergers & Acquisitions and Securities Lending as well as other types of financial debt and structured financing solutions for public companies and their shareholders. The firm engages yearly in hundreds of millions (USD) in securitized bespoke financing.

| From: **Adrian Daniel** | | To: **Bilqis Alsharhan** | | Thursday, Jul 5, 2018, 12:39 PM |

Dear Bilqis Alsharhan,

Thank you for your email.

Kindly advise if you remain interested in incorporating in Nevis and I can forward you the information and costs associated.

I look forward to hearing form you.

Kind regards,
ADRIAN S. DANIEL A.C.C., C.Dir
**Associate**



Juris Building | Main Street | Charlestown | NEVIS | West Indies
T: 1 869 469 5259 Ext 230 | M: 1 869 662 2351 | F:  1 869 469 1162
adrian.daniel@danielbrantley.com | www.danielbrantley.com

Please consider the environment before printing this email.

The contents of this e-mail (including any attachments) are confidential and may be legally privileged. If you have received this email in error, you are on notice of its status. If you are not the intended recipient of this e-mail, any disclosure, copying, distribution or use of its contents is strictly prohibited and will be a breach of confidence. Please notify us immediately by reply email and then delete this message (including any attachments) from your system. Notice: the firm does not accept service by e-mail of court proceedings, other processes or formal notices of any kind without specific prior written agreement.

Thank you for your co-operation.

| | | |
|---|---|---|
| From: **Dia Forrester** | To: **Bilqis Alsharhan** | ▮ | Sunday, May 20, 2018, 9:44 AM |

Dear Bilqis Alsharhan,

Thank you for your email dated 18th May 2018. I have copied my colleague Adrian Daniel and asked him to assist with your query.

Regards,
Dia Forrester Gellineau
Daniel Brantley
Attorneys-at-law
Nevis
1-869-469-5259 (o)
1-869-662-2350 (c)
www.danielbrantley.com

| | |
|---|---|
| From: **Bilqis Alsharhan** | ▮ | Friday, May 18, 2018, 10:35 AM |

Dear Sir/Madam,

We are a financial intermediary interested in incorporating in Nevis. Do we need a ▮nder's license if we lend exclusively to high net worth individuals and companies?

Regards,

Bilqis Alsharhan
Corporate Counsel
America 2030 Capital, LLC
+1 (404) 426-0898
▮
▮

LinkedIn:https://www.linkedin.com/in/bilqis-alsharhan-4a615a14a

financing.

| From: **America** | | To: **Adrian Daniel** | | Thursday, Jul 5, 2018, 3:30 AM |

Hello Adrian,

What would you charge for an LLC or IBC and do you provide nominee Shareholder and Director ? If so, what's the cost for that and who will be such nominee and can we obtain proof of address every 3 months as well as having nominee sign other documents as needed.

Would you also please tell me which records can be seen by the public of a Nevis Corp.

Can date of Incorporation be seen, names of shareholders or directors ? What specifically can be seen by the public.

Please advise.

Thank you

Regards,

Val Sklarov
President and CEO
America2030.net

LinkedIn: linkedin.com/in/val-sklarov-1a4a3166
USA, Europe, Middle East, Asia.

America2030 is an international boutique M&A and Securities Lending Firm transacting in various types of securitized loans and other types of financial debt & equity transactions.

| From: **Adrian Daniel** | | Thursday, Jul 5, 2018, 5:39 AM |

Dear Bilqis Alsharhan,

Thank you for your email.

Kindly advise if you remain interested in incorporating in Nevis and I can forward you the information and costs associated.

I look forward to hearing form you.

Kind regards,

ADRIAN S. DANIEL A.C.C., C.Dir
**Associate**
<mime-attachment.gif>
Juris Building | Main Street | Charlestown | NEVIS | West Indies
T: 1 869 469 5259 Ext 230 | M: 1 869 662 2351 | F:  1 869 469 1162
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | www.danielbrantley.com

Please consider the environment before printing this email.

The contents of this e-mail (including any attachments) are confidential and may be legally privileged. If you have received this email in error, you are on notice of its status. If you are not the intended recipient of this e-mail, any disclosure, copying, distribution or use of its contents is strictly prohibited and will be a breach of confidence. Please notify us immediately by reply email and then delete this message (including any attachments) from your system. Notice: the firm does not accept service by e-mail of court proceedings, other processes or formal notices of any kind without specific prior written agreement.

Thank you for your co-operation.

> From: **Dia Forrester**    To: **Bilqis Alsharhan** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Sunday, May 20, 2018, 9:44 AM
>
> Dear Bilqis Alsharhan,
>
> Thank you for your email dated 18th May 2018. I have copied my colleague Adrian Daniel and asked him to assist with your query.
>
> Regards,
> Dia Forrester Gellineau
> Daniel Brantley
> Attorneys-at-law
> Nevis
> 1-869-469-5259 (o)
> 1-869-662-2350 (c)
> www.danielbrantley.com
>
>> From: **Bilqis Alsharhan** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Friday, May 18, 2018, 10:35 AM
>>
>> Dear Sir/Madam,
>>
>> We are a financial intermediary interested in incorporating in Nevis. Do we need a lender's license if we lend exclusively to high net worth individuals and companies?
>>
>> Regards,

Bilqis Alsharhan

Corporate Counsel

America 2030 Capital, LLC

+1 (404) 426-0898

██████████████████

██████████████

LinkedIn:https://www.linkedin.com/in/bilqis-alsharhan-4a615a14a

Securities Lending as well as other types of financial debt and structured financing solutions for public companies and their shareholders. The firm engages yearly in hundreds of millions (USD) in securitized bespoke financing.

| From: **America** | | To: **Adrian Daniel** | | Saturday, Jul 7, 2018, 2:35 PM |

Hello,

One more question, do you have older off-shelf Nevis entities for sale ? I would like to have an entity that was formed at least 5 years ago, more then 10 even better. Then effectuate a name change.

Since date of formation is public info, I need an older entity.

Thank you

Regards,

Val Sklarov
President and CEO
America2030.net

LinkedIn: linkedin.com/in/val-sklarov-1a4a3166
USA, Europe, Middle East, Asia.

America2030 is an international boutique M&A and Securities Lending Firm transacting in various types of securitized loans and other types of financial debt & equity transactions.

| From: **Adrian Daniel** | | Saturday, Jul 7, 2018, 4:52 AM |

Good Day Val,

We do not provide nominee services but can indicate services providers in Nevis who do provide this service.

Only incorporation documents are a matter of public record. Beneficial ownership information are not a matter of public record for the company.
The date of incorporation can be seen but not the shareholders or directors.

I hope the above information was helpful. Please do let me know if you require additional information.

Kind regards,
ADRIAN S. DANIEL A.C.C., C.Dir
**Associate**
<mime-attachment.gif>

Juris Building | Main Street | Charlestown | NEVIS | West Indies
T: 1 869 469 5259 Ext 230 | M: 1 869 662 2351 |  F:  1 869 469 1162
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | www.danielbrantley.com

Please consider the environment before printing this email.

The contents of this e-mail (including any attachments) are confidential and may be legally privileged. If you have received this email in error, you are on notice of its status. If you are not the intended recipient of this e-mail, any disclosure, copying, distribution or use of its contents is strictly prohibited and will be a breach of confidence. Please notify us immediately by reply email and then delete this message (including any attachments) from your system. Notice: the firm does not accept service by e-mail of court proceedings, other processes or formal notices of any kind without specific prior written agreement.

Thank you for your co-operation.

| From: **America** | ▬▬▬ | To: **Adrian Daniel** | ▬▬▬ | Wednesday, Jul 4, 2018, 9:45 PM |

Hello Adrian,

What would you charge for an LLC or IBC and do you provide nominee Shareholder and Director ? If so, what's the cost for that and who will be such nominee and can we obtain proof of address every 3 months as well as having nominee sign other documents as needed.

Would you also please tell me which records can be seen by the public of a Nevis Corp.

Can date of Incorporation be seen, names of shareholders or directors ? What specifically can be seen by the public.

Please advise.

Thank you

Regards,

Val Sklarov
President and CEO
America2030.net
▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬
LinkedIn: linkedin.com/in/val-sklarov-1a4a3166
USA, Europe, Middle East, Asia.

America2030 is an international boutique M&A and Securities Lending Firm transacting in various types of securitized loans and other types of financial debt & equity transactions.

| From: **Adrian Daniel** | ▮▮▮▮▮▮▮▮▮▮ | Thursday, Jul 5, 2018, 5:39 AM |

Dear Bilqis Alsharhan,

Thank you for your email.

Kindly advise if you remain interested in incorporating in Nevis and I can forward you the information and costs associated.

I look forward to hearing form you.

Kind regards,
ADRIAN S. DANIEL A.C.C., C.Dir
**Associate**
<mime-attachment.gif>
Juris Building | Main Street | Charlestown | NEVIS | West Indies
T: 1 869 469 5259 Ext 230 | M: 1 869 662 2351 | F:  1 869 469 1162
▮▮▮▮▮▮▮▮▮▮ | www.danielbrantley.com

Please consider the environment before printing this email.

The contents of this e-mail (including any attachments) are confidential and may be legally privileged. If you have received this email in error, you are on notice of its status. If you are not the intended recipient of this e-mail, any disclosure, copying, distribution or use of its contents is strictly prohibited and will be a breach of confidence. Please notify us immediately by reply email and then delete this message (including any attachments) from your system. Notice: the firm does not accept service by e-mail of court proceedings, other processes or formal notices of any kind without specific prior written agreement.

Thank you for your co-operation.

| From: **Dia Forrester** | To: **Bilqis Alsharhan** | ▮▮▮▮▮▮▮▮▮▮ | Sunday, May 20, 2018, 9:44 AM |

Dear Bilqis Alsharhan,

Thank you for your email dated 18th May 2018. I have copied my colleague Adrian Daniel and asked him to assist with your query.

Regards,
Dia Forrester Gellineau
Daniel Brantley

Attorneys-at-law

Nevis

1-869-469-5259 (o)

1-869-662-2350 (c)

www.danielbrantley.com

**From: Bilqis Alsharhan** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Friday, May 18, 2018, 10:35 AM

Dear Sir/Madam,

We are a financial intermediary interested in incorporating in Nevis. Do we need a lender's license if we lend exclusively to high net worth individuals and companies?

Regards,

Bilqis Alsharhan

Corporate Counsel

America 2030 Capital, LLC

+1 (404) 426-0898

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

LinkedIn:https://www.linkedin.com/in/bilqis-alsharhan-4a615a14a