IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00551-DDD-KMT

AMERICA 2030 CAPITAL LIMITED,

    Plaintiff,

v.

MARK BRANTLEY;
DANIEL BRANTLEY LAW FIRM;
BRIAN BARNES;
ELIZABETH HARPER;
DIA FORRESTER;
ERIK PRINCE;
SUNPOWER BUSINESS GROUP PTE LTD; and
TOURNAN TRADING PTE LTD,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order of Dismissal by Judge Daniel D. Domenico (**Doc. #19**) filed on May 6, 2020 it is

ORDERED that the case is **DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction** in accordance with Doc #19.

ORDERED that costs are awarded to the defendants and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

The case is closed.

DATED this 7th day of May, 2020.

                                       ENTERED FOR THE COURT:
                                       JEFFREY P. COLWELL, CLERK

                                       s/Patricia Glover
                                            Deputy Clerk